# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division
### 3:05 CV 257

CADMUS COMMUNICATIONS CORPORATION,

        Plaintiff,

vs.

JACKIE L. GOLDMAN f/k/a JACKIE PETET d/b/a SCREAMING FISH, LLC AND SCREAMING FISH, LLC,

        Defendants.

**ORDER**

**THIS CAUSE**, being considered by the undersigned on motion of the Defendant Jackie L. Goldman f/k/a Jackie Petet d/b/a Screaming Fish, LLC and Screaming Fish, LLC., for admission *pro hac vice* of Stanley M. Lefco, in the above-captioned matter.

**IN** accordance with Local Rule 83.1 (B) the Court notes that Mr. Lefco has paid the One Hundred Dollar ($100.00) fee to the Clerk of Court.

**IT IS ORDERED THAT** Stanley M. Lefco is admitted to practice *pro hac vice* in this matter as attorneys for Jackie L. Goldman f/k/a Jackie Petet d/b/a Screaming Fish, LLC and Screaming Fish, LLC and shall be permitted to appear and speak in this case in the same manner as would an attorney authorized to practice before this Court.

This the 31st day of October, 2005.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

Page 1 of 1