IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:05c257

| | | |
|---|---|---|
| CADMUS COMMUNICATIONS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| JACKIE L. GOLDMAN, | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on reassignment.

The Court finds that a status conference with the parties would be beneficial to the progress of the case.

**IT IS THEREFORE ORDERED** that this matter will be scheduled for a status conference during the week of November 19, 2007. The Clerk will notify the parties of the specific date, time and place of such status conference.

Signed: October 24, 2007

Martin Reidinger
United States District Judge