# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:05cv257

| | |
|---|---|
| **CADMUS COMMUNICATIONS CORPORATION,** ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **DECLARATORY JUDGMENT** |
| **JACKIE L. GOLDMAN, f/k/a JACKIE PETET d/b/a SCREAMING FISH LLC and SCREAMING FISH LLC,** ) ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** having come before the Court on the Plaintiff's motion for partial summary judgment as to Plaintiff's counterclaims, and such motion having been granted, and those counterclaims being the subject of the Plaintiff's claim for declaratory relief herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Defendants' counterclaim(s) having been dismissed, the Plaintiff is entitled to **DECLARATORY JUDGMENT** that the Plaintiff does not owe any debt to the Defendants in connection with the contract at issue in this litigation.

Signed: December 10, 2007

Martin Reidinger
United States District Judge